UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 3:08-cr-107-J-16HTS

ROBERT HECK
_____

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines and Title 18, United States Code, Section 3553(e), the United States moves this Court to grant a six-level reduction in the defendant's offense level, and in support thereof states as follows:

When officers of the Jacksonville Sheriff's Office (JSO) approached the defendant with information that he was involved in drug transactions, the defendant immediately agreed to cooperate with the officers. The defendant took the officers to a storage unit and gave them consent to search it. Officers found $777,000 which the defendant forfeited. At the direction of law enforcement officers, the defendant then made calls to one of his large cocaine customers, Walter Lewis, arranging to sell several kilograms of cocaine to Lewis. JSO conducted traffic stops on Lewis on the two occasions that Lewis was en route to meet the defendant to buy the cocaine. JSO seized large sums of money from Lewis on each occasion. Lewis was ultimately indicted on federal drug charges and proceeded to trial this past summer. The defendant was the government's main witness at trial. He authenticated the audio

recordings and the transcripts.   Lewis was convicted and is awaiting sentencing. Shortly after testifying, the defendant was shot while entering his residence at night. The shooting, which is still being investigated, is believed to be in retaliation for the defendant's cooperation.  The bullet went through the right side of the defendant's abdomen, lacerated his liver and stomach and exited the left side of his abdomen.  He underwent surgery, was hospitalized for 10 days and released.

     Additionally, at the direction of law enforcement officers, the defendant recorded calls with another individual during which the individual arranged to purchase cocaine from the defendant.   JSO seized approximately $30,000 from the individual.  Due to an ongoing investigation, the individual was not charged.

     The defendant also recorded calls with another individual, who arranged to purchase cocaine from the defendant.  Although the transaction never took place, JSO approached the individual who agreed to cooperate and plead.  The individual is expected to plead to an Information in the near future.

     The defendant also recorded conversations with another individual, who arranged to purchase cocaine from the defendant.  JSO seized $105,000 from the individual who was en route to get the cocaine.

     Additionally, the defendant helped another individual arrange an ecstasy transaction which resulted in the arrest of another individual who was prosecuted by the State of Florida, as well as the seizure of 800 ecstasy pills and several firearms.

## **MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance.  USSG Section 5K1.1.  Here, the defendant's cooperation led to the seizure of a significant amount of money and to other individuals being charged.  The defendant cooperated at great risk to himself and was, in fact, shot after testifying at trial.  The United States believes that, because of these efforts on behalf of the United States, the defendant should receive a six-level reduction in his offense level.

## **CONCLUSION**

For the foregoing reasons, this Court should grant the government's motion for downward departure of the defendant's sentence.

> Respectfully submitted,
>
> A. BRIAN ALBRITTON
> United States Attorney
>
> By: *s/ Julie Hackenberry Savell*
> JULIE HACKENBERRY SAVELL
> Assistant United States Attorney
> Florida Bar No. 0094201
> 300 North Hogan Street, Suite 700
> Jacksonville, Florida 32202-4270
> Telephone:   (904) 301-6300
> Facsimile:    (904) 301-6310
> E-mail:         Julie.Savell@usdoj.gov

U.S. v. ROBERT HECK                                    Case No. 3:08-cr-107-J-16HTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Noel G. Lawrence, Esq.

I hereby certify that on October 20, 2008, a true and correct copy of the foregoing document and the notice of electronic filing was sent by hand delivery to the following non-CM/ECF participant(s):

Parker Anderson
United States Probation Officer
Jacksonville, Florida


                                                *s/ Julie Hackenberry Savell*
                                                JULIE HACKENBERRY SAVELL
                                                Assistant United States Attorney